UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>C.D.H. Metals, Inc<br><br>Debtor (s) | Case No: LA85-01245-BR<br><br>ORDER TO PAY UNCLAIMED FUNDS<br>(28 U.S.C. Section 2042; LBR 3011-1) |



It appears that a check made payable to Copperweld Steel Co, totaling $2,731.54, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on May 12, 1995 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that the original claimant, Copperweld Steel Co, was consolidated under the Copperweld Corporation. Copperweld Corporation was confirmed for a plan of Reorganization, through a court order, which served to create the Copperweld Distribution Trust and appointed a Trustee. KDW Liquidating Services LLC was assigned as trustee on behalf of the Copperweld Distribution Trust and sold their claim to the Oak Point Partners, LLC. Oak Point Partners, LLC now claims the above monies in a motion filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,731.54 to Oak Point Partners, LLC, PO Box 1033, Northbrook, IL 60065.

_____    11/5/19
Honorable Barry Russell              Date