UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>C.D.H. Metals, Inc<br><br>Debtor(s) | Case No: LA85-01245-BR<br><br>ORDER TO PAY UNCLAIMED FUNDS<br>(28 U.S.C. Section 2042/LBR 3011-1) |



It appears that a check made payable to BHP Trading Inc totaling $2,558.12, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on May 12, 1995 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that the original claimant, BHP Trading Inc changed it's company name to BHP Steel Americas, Inc, which later changed to BHP Steel Americas LLC. BHP Steel Americas LLC then changed their company name to Bluescope Steel Americas LLC which also sold the claim to Dilks & Knopik, LLC. Dilks & Knopik, LLC now claims the above monies in a motion filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,558.12 to Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065.

| | |
|---|---|
| /s/ Barry Russell | 1/2/2020 |
| Honorable Barry Russell | Date |